Gary R. Selvin, State Bar No. 112030
Melissa A. Dubbs, State Bar No. 163650
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:   (510) 465-8976
E-mail:   gselvin@selvinwraith.com
         mdubbs@selvinwraith.com

Attorneys for Plaintiff
Navigators Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY, a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> TOP OF THE LINE BUILDERS, INC., a California corporation; MATTHEW TRUGLIO, an individual, <br><br> Defendants. | Case No.: 3:09-cv-05349-SC <br><br> **DISMISSAL PURSUANT TO F.R.C.P., RULE 41(a)(1)(A)(i)** <br><br> Assigned to Honorable Samuel Conti <br><br> Complaint Filed:  November 25, 2009 |

Plaintiff, by and through its counsel of record, hereby dismisses this action without prejudice. No other party has appeared in the action.  This is a voluntary dismissal pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i).

Dated: July 30, 2010                                   SELVIN WRAITH HALMAN LLP


                                                       By: /s/  Gary R. Selvin
                                                           Gary R. Selvin
                                                           Melissa A. Dubbs
                                                           Attorneys for Plaintiff
                                                           Navigators Insurance Company

79972.doc

IT IS SO ORDERED
/s/ Samuel Conti
Judge Samuel Conti

1
**Dismissal Pursuant to F.R.C.P., Rule 41(a)(1)(A)(i)**                          Case No.: 3:09-cv-05349-SC